CHASE WATCH CORPORATION, Appellant, *v.* IRVING HEINS, Respondent.

Argued April 9, 1940; decided April 23, 1940.

*Abraham Karp* for appellant.

*Shepard Broad* and *Jack D. Burris* for respondent.

Appeal dismissed on the ground that the order is not a final order in a special proceeding, unless the appellant applies within twenty days to the Appellate Division to resettle the order and for the certification of a question and unless thereafter such application is granted. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.